THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK Y. DALOYA, et al., | : |
| | : CIVIL ACTION NO. 3:19-CV-439 |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| CBK LODGE GENERAL PARTNER, LLC, et al., | : |
| | : |
| Defendants. | : |

ORDER

AND NOW, THIS 30th DAY OF NOVEMBER 2020, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R") (Doc. 32) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 32) is **ADOPTED** for the reasons set forth therein;

2. Defendants' Motion for Leave to File a Counterclaim Against Plaintiff Keren Esayev (Doc. 27) is **DENIED**;

3. This case is **REMANDED** to Magistrate Judge Carlson for further pre-trial management. (*See* Doc. 9.)

Robert D. Mariani
United States District Judge