THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK Y. DALOYA, et al., | : |
| | : CIVIL ACTION NO. 3:19-CV-439 |
| Plaintiffs, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| CBK LODGE GENERAL PARTNER, LLC, et al., | : |
| | : |
| Defendants. | : |

ORDER

AND NOW, THIS 25th DAY OF FEBRUARY 2021, upon review of Magistrate Judge Martin C. Carlson's Report and Recommendation ("R&R) (Doc. 41) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT**:

1. The R&R (Doc. 41) is **ADOPTED** for the reasons set forth therein;

2. Defendants' motion for partial summary judgment (Doc. 41) is **GRANTED**;

3. Defendants CBH20, LP, and CBH20 General Partner, LLC, are **DISMISSED** from this action;

4. This case is **REMANDED** to Magistrate Judge Carlson for further pre-trial management.  (*See* Doc. 9.)

Robert D. Mariani
United States District Judge